# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**October 6, 2015**

| | | |
|---|---|---|
| CAAP–14–00 01186 | State v. Dan Mezurashi | Affirmed |

**October 27, 2015**

| | | |
|---|---|---|
| CAAP–15–00 00062 | State v. Hwang | Vacated and Remanded |

**October 29, 2015**

| | | |
|---|---|---|
| CAAP–13–00 00056 | State v. Wagner | Affirmed |

**November 2, 2015**

| | | |
|---|---|---|
| SCAP–14–00 00379 | Surfrider Foundation v. Kyo-Ya Hotels & Resorts, LP | Affirmed |

**November 10, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00972 | Ace Quality Farm Products, LLC v. Hanh | Affirmed |
| CAAP–14–00 00456 | Lincoln v. Land Use Com'n | Affirmed |

**November 12, 2015**

| | | |
|---|---|---|
| CAAP–14–00 01176 | U.S. Bank Nat. Ass'n v. Benoist | Affirmed |

**November 13, 2015**

| | | |
|---|---|---|
| CAAP–15–00 00184 | DW, In re | Affirmed |

**November 18, 2015**